# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0868
LT Case No. 2023-CA-011922

_____

ANGELA MONTGOMERY,

    Appellant,

    v.

AARON SMITH,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Scott A. Blaue, Judge.

Craig R. Lynd, Jeffrey S. Kaufman, and Christopher H. Hunt, of Kaufman & Lynd, PLLC, Orlando, for Appellant.

Jamie Billotte Moses, of MMPO Defense-Florida, Orlando, for Appellee.

April 7, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and HARRIS and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____